835 F.2d 874
 Locke (James D.), Pleasants (Graydon O.), Shaffner (William
F., III), Parker (Daniel), Wisner (Ronald), Tyler (Robert
O.), Burke (S. William), Newcomb (John R.), Hitchcock (Ralph
M., Jr.), Rosenberg (Richard)
v.
Farnan (Jeanne A.), FSI Financial Group of Virginia, Inc.,
Jennings (Linda K.), Thoroughbreds of Virginia,
Inc., Palmer (Yolanda M.), Sorrel
Shares, Inc., Suriel Finance, N.V.
 NO. 85-2054
 United States Court of Appeals,
Fourth Circuit.
 NOV 03, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REVERSED.